UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BEECHWOOD RESTORATIVE CARE CENTER, et al.,

                           Plaintiffs,

                                                                <u>SCHEDULING ORDER</u>

                                                                   02-CV-6235L

                         v.

LAURA E. LEEDS, et al.,

                           Defendants.
_____

      After conferring with counsel for the parties on April 5, 2006, the following schedule shall control prosecution of this action:

      1. All fact discovery, of whatever kind, must be concluded by December 29, 2006.

      2. Expert discovery must be concluded by February 28, 2007.

      3. Dispositive motions, if any, must be filed by February 28, 2007.

      4. The Court schedules a jury trial for October 1, 2007. The Court will schedule a final pretrial conference at a later date.

      IT IS SO ORDERED.

                                                  _____
                                                    DAVID G. LARIMER
                                                  United States District Judge

Dated: Rochester, New York
       April 5, 2006.