UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BEECHWOOD RESTORATIVE CARE
CENTER, BROOK CHAMBERY, and
OLIVE CHAMBERY,

                      Plaintiffs,

      -vs-

LAURA E. LEEDS, EDMUND RUSSELL
ALTONE, ROBERT W. BARNETT,
ANNA D. COLELLO, ARLENE L. GRAY,
HENRY M. GREENBERG, ANTONIA C.
NOVELLO, STEVEN B. STEINHARDT,
DENNIS P. WHALEN, SANFORD RUBIN,
SUSAN T. BAKER, SHARON A. CARLO,
CYNTHIA T. FRANCIS, NAOMI B. HAUSER,
JOSEPH P. MOORE, MARY ELIZABETH
RICH, and BARBARA W. SANER,

                      Defendants.
_____

**DEFENDANTS'
PROPOSED
VERDICT FORM
02-CV-6235**

      Defendants propose the following verdict form for the first phase (liability) of the trial in this matter:

**<u>Verdict Form</u>**

  For each defendant, do you find that the plaintiffs proved, by a preponderance of the evidence, that the defendant retaliated against the plaintiffs for exercising their First Amendment Constitutional rights?

1.  Edmund Russell Altone  Yes _____  No _____

2.  Susan T. Baker  Yes _____  No _____

3.  Sharon A. Carlo  Yes _____  No _____

4.  Cynthia T. Francis  Yes _____  No _____

5.  Laura E. Leeds  Yes _____  No _____

6.  Mary Elizabeth Rich  Yes _____  No _____

7.  Sanford Rubin  Yes _____  No _____

  I CERTIFY THE ABOVE VERDICT TO BE TRUE AND ACCURATE.

Dated: _____, 2012  Foreperson: _____
   Rochester, New York

Defendants request the opportunity to submit reply materials as needed.

Dated:     June 6, 2012
           Rochester, New York

                              ERIC T. SCHNEIDERMAN
                              Attorney General of the State of New York
                              Attorney for Defendants


                               s/Gary M. Levine
                              GARY M. LEVINE
                              Assistant Attorney General of Counsel
                              NYS Office of the Attorney General
                              144 Exchange Boulevard, Suite 200
                              Rochester, New York 14614
                              Telephone: (585) 546-7430
                              gary.levine@ag.ny.gov

## CERTIFICATE OF SERVICE

I certify that on June 6, 2012, I electronically filed the foregoing Defendants' Propose Verdict Form, with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

1. Kevin S. Cooman, Esq.
   25 East Main Street, Suite 500
   Rochester, New York 14614

2. David Rothenberg, Esq.
   45 Exchange Boulevard, Suite 800
   Rochester, New York 14614
   drothenberg@geigroth.com

And, I hereby certify that I have mailed, by the United States Postal Service, the document to the following non-CM/ECF participant(s):

1. n/a

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
Attorney for Defendants

 s/Gary M. Levine
GARY M. LEVINE
Assistant Attorney General of Counsel
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
Telephone:  (585) 546-7430
gary.levine@ag.ny.gov