UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

*COURT*

---

BEECHWOOD RESTORATIVE CARE CENTER,
BROOK CHAMBERY,
OLIVE CHAMBERY,

    Plaintiffs,

**VERDICT FORM**

02-CV-6235L

    v.

LAURA E. LEEDS,
EDMUND RUSSELL ALTONE,
SANFORD RUBIN,
SUSAN T. BAKER,
SHARON A. CARLO,
CYNTHIA T. FRANCIS,
MARY ELIZABETH RICH,



    Defendants.

---

In accordance with the Court's instructions, please answer the following questions. The answer given for each question must be unanimous.

For each defendant, do you find that the plaintiffs have proved, by a preponderance of the evidence, that the defendant retaliated against the plaintiffs for exercising their rights under the First Amendment to the United States Constitution?

Laura E. Leeds              YES __X__        NO _____

Edmund Russell Altone       YES _____       NO __X__

Sanford Rubin               YES __X__        NO _____

Susan T. Baker              YES __X__        NO _____

Sharon A. Carlo             YES __X__        NO _____

Cynthia T. Francis          YES __X__        NO _____

Mary Elizabeth Rich         YES _____       NO __X__

Please ***sign and date*** the verdict form and inform the Judge that you have arrived at a unanimous verdict.

I CERTIFY THE ABOVE VERDICT TO BE TRUE AND ACCURATE AND TO CONSTITUTE THE VERDICT OF ALL EIGHT JURORS.

*[signature]*

FOREPERSON

Dated: June 26, 2012
Rochester, New York