# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | | |
|---|---|---|
| BEECHWOOD RESTORATIVE CARE CENTER<br>*Plaintiff*<br>v.<br>LAURA E. LEEDS, EDMUND RUSSELL ALTONE, SANFORD RUBIN, SUSAN T. BAKER, SHARON A. CARLO, CYNTHIA T. FRANCIS and MARY ELIZABETH RICH<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   02-CV-6235L |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   based on the verdict, a judgment of no cause of action is entered in favor of defendants Edmund Russell Altone and Mary Elizabeth Rich and the complaint is dismissed as to those two defendants only.

This action was *(check one)*:

☒ tried by a jury with Judge   David G. Larimer   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:   Jun 29, 2012

*CLERK OF COURT*

s/Michael J. Roemer

*Signature of Clerk or Deputy Clerk*