UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
100 STATE STREET, ROOM 2500
ROCHESTER, NEW YORK 14614-1324

CHAMBERS OF
DAVID G. LARIMER
DISTRICT JUDGE

(585) 613-4040
FAX (585) 613-4045

August 10, 2012

David Rothenberg, Esq.
Geiger and Rothenberg, LLP
45 Exchange Street
Suite 800
Rochester, New York 14614

Kevin S. Cooman, Esq.
McConville Considine Cooman & Morin, PC
25 East Main Street
Suite 500
Rochester, New York 14614

Gary M. Levine, Esq.
Assistant Attorney General
144 Exchange Boulevard
Suite 200
Rochester, New York 14614

Bernard Sheehan, Esq.
Assistant Attorney General
144 Exchange Boulevard
Suite 200
Rochester, New York 14614

RE: BEECHWOOD RESTORATIVE CARE CENTER, ET AL. V. LEEDS, ET AL. - 02-CV-6235L

Dear Counsel:

The following are the Court's rulings on some issues raised and argued on August 6, 2012.

1. I DENY defendants' motion (Dkt. #356) to introduce into evidence and read portions of the Federal ALJ's decision entered in 2001 and the decision of the Departmental Appeals Board entered in 2004. The Court will set forth at a later time its reasons, either on the record or in writing.

2. I GRANT plaintiffs' motion (Dkt. #352) to quash trial subpoenas issued to Brook and Olive Chambery by defendants. Plaintiffs will supply Mr. Brook Chambery's income tax returns and schedules for 1999-2001 for *in camera* review.

The Court will set forth at a later time its reasons, either on the record or in writing.

3. The Court confirms with the parties that it anticipates proceeding on a full day schedule, that is, approximately 9 a.m. until 4 or 4:30 p.m. each day.

IT IS SO ORDERED.

Very truly yours,

David G. Larimer
United States District Judge

DGL/ea

Case 6:02-cv-06235-DGL-JWF   Document 358   Filed 08/10/12   Page 2 of 2